# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALYSSA MERKELY, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) NO. CIV-21-0429-HE |
| STATE OF OKLAHOMA, *ex. rel.* | ) |
| Defendant. | ) |

## **ORDER**

Defendant's unopposed motion to stay proceedings [Doc. #4] is **GRANTED**. All deadlines in this case are **STAYED** until **June 9, 2021**.

**IT IS SO ORDERED**.

Dated this 11th day of May, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE